NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOOGLE LLC,**
*Appellant*

**v.**

**SINGULAR COMPUTING LLC,**
*Appellee*

---

2022-1866, 2022-1867, 2022-1868

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00155, IPR2021-00165, IPR2021-00179.

---

## O R D E R

On January 30, 2024, the above-captioned appeals were stayed pending further order of the court.

On March 1, 2024, the parties filed a stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42 (b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The stay of proceedings in the above-captioned appeals are lifted.

(2)  The above-captioned appeals are dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 1, 2024
     Date

**ISSUED AS A MANDATE:** March 1, 2024